Jason C. Ross (State Bar No. 252635)
jross@wshblaw.com
Ahllam H. Berri (State Bar No. 323123)
aberri@wshblaw.com
Zachary T. Lynch (State Bar No. 332964)
zlynch@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1200
San Diego, California 92101
Phone: 619.849.4900 ♦ Fax: 619.849.4950

Attorneys for SecurityScorecard, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Crumley, and Individual, <br><br> Plaintiff, <br><br> v. <br><br> SecurityScorecard, Inc., a New York Corporation, <br><br> Defendant. | Case No. 24-cv-2037-L-AHG <br><br> **DEFENDANT SECURITYSCORECARD, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION, STAY PROCEEDINGS PENDING THE MOTION, AND STAY PROCEEDINGS PENDING ARBITRATION** <br><br> (Filed Concurrently with Memorandum of Points and Authorities; Declaration of Ahllam H. Berri, Esq.; Declaration of Jeff Alvarez; and [PROPOSED] Order) <br><br> [NO ORAL ARGUMENT UNDER LOCAL RULES UNLESS OTHERWISE ORDERED BY THE COURT] <br><br> Date: April 14, 2025 <br> Time: 10:30am <br> Crtrm.: 5B <br><br> Trial Date:   None Set <br><br> (Assigned to Hon. M. James Lorenz) |

36039204.1:05394-0160

Case No. 24-cv-2037-L-AHG

DEFENDANT SECURITYSCORECARD, INC.'S NOTICE OF MOTION TO COMPEL ARBITRATION

**TO THE HONORABLE COURT, ALL PARTIES, AND THE PARTIES' ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 14, 2025, at 10:30am[1] in United States District Court, Southern District of California, Courtroom 5B, located at 221 West Broadway, San Diego, CA 92101, Hon. M. James Lorenz presiding, Defendant SECURITYSCORECARD, INC. ("SSC") will move for orders from the Court: (a) staying all proceeding pending determination of SSC's motion to compel arbitration; (b) compelling all Plaintiff JENNIFER CRUMLEY'S ("Plaintiff") claims to arbitration; and (c) staying all proceedings pending completion of arbitration.

This motion is made pursuant to the Federal Arbitration Act (9 U.S.C. § 1, *et seq.*), and on grounds that SSC and Plaintiff entered into an written agreement that requires arbitration of Plaintiff's claims. This motion is based upon: this Notice; SSC's Memorandum of Points and Authorities; the concurrently filed Declarations of Ahllam Berri and Jeff Alvarez, and all exhibits thereto; the records, pleadings and files of the Court herein; all matters upon which the Court may take judicial notice; and all other matters presented to the Court at the time of the hearing.

DATED: March 12, 2025                    WOOD, SMITH, HENNING & BERMAN LLP

By: _____
    JASON C. ROSS
    AHLLAM H. BERRI
    ZACHARY T. LYNCH
Attorneys for SecurityScorecard, Inc.

---

[1] Per the Court's instruction and Local Rules, there is no oral argument unless otherwise ordered by the Court.

# CERTIFICATE OF SERVICE

## 24-cv-2037-L-AHG

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 6A Liberty Street, Suite 200, Aliso Viejo, CA 92656.

On March 12, 2025, I served the following document(s) described as **DEFENDANT SECURITYSCORECARD, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION, STAY PROCEEDINGS PENDING THE MOTION, AND STAY PROCEEDINGS PENDING ARBITRATION** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 12, 2025, at Aliso Viejo, California.

_____
Mai N. Nguyen

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

36039204.1:05394-0160

-1-

Case No. 24-cv-2037-L-AHG
DEFENDANT SECURITYSCORECARD, INC.'S NOTICE OF MOTION TO COMPEL ARBITRATION

**CERTIFICATE OF SERVICE**
**Jennifer Crumley v. SecurityScorecard, Inc.**
**Case No. 3:24-cv-02037-L-AHG**

AARON M. OLSEN (259923)
ANNA C. SCHWARTZ (346268)
HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
225 Broadway, Suite 2050
San Diego, CA 92101
Tel: (619) 342-8000 / Fax: (619) 342-7878
Email: aarono@haelaw.com
        annas@haelaw.com
        jillk@haelaw.com

Attorneys for Plaintiff Jennifer Crumley

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

36039204.1:05394-0160                    -2-                    Case No. 24-cv-2037-L-AHG
DEFENDANT SECURITYSCORECARD, INC.'S NOTICE OF MOTION TO COMPEL ARBITRATION