Jason C. Ross (State Bar No. 252635)
jross@wshblaw.com
Ahllam H. Berri (State Bar No. 323123)
aberri@wshblaw.com
Zachary T. Lynch (State Bar No. 332964)
zlynch@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1200
San Diego, California 92101
Phone: 619.849.4900 ♦ Fax: 619.849.4950

Attorneys for SecurityScorecard, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Crumley, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> SecurityScorecard, Inc., a New York Corporation, <br><br> Defendant. | Case No. 24-cv-2037-L-AHG <br><br> **DECLARATION OF AHLLAM H. BERRI IN SUPPORT OF DEFENDANT SECURITYSCORECARD, INC.'S MOTION TO COMPEL ARBITRATION, STAY PROCEEDINGS PENDING THE MOTION, AND STAY PROCEEDINGS PENDING ARBITRATION** <br><br> (Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; Declaration of Jeff Alvarez; and [PROPOSED] Order) <br><br> Date: April 14, 2025 <br> Time: 10:30am <br> Crtrm.: 5B <br><br> Trial Date:  None Set <br><br> (Assigned to Hon. M. James Lorenz) |

36732762.1:05394-0160

Case No. 24-cv-2037-L-AHG

DECLARATION OF AHLLAM H. BERRI IN SUPPORT OF DEFENDANT SECURITYSCORECARD, INC.'S MOTION TO COMPEL ARBITRATION, STAY PROCEEDINGS PENDING THE MOTION, AND STAY PROCEEDINGS PENDING ARBITRATION

## DECLARATION OF AHLLAM H. BERRI

I, Ahllam H. Berri, declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of the State of California. I am a partner with Wood, Smith, Henning & Berman LLP, attorneys of record for Defendant SECURITYSCORECARD, INC. ("SSC") in the above captioned case filed by JENNIFER CRUMLEY ("Plaintiff"). I know the following facts to be true of my own personal knowledge, and if called to testify, I could competently do so.

2. This declaration is being submitted in support of SSC's Motion to Compel Arbitration, Stay Proceedings Pending Motion, and Stay Proceedings Pending Arbitration in the matter styled *Crumley v. SecurityScorecard, Inc.* (C.D. Cal. Case No. 24-cv-2037-L-AHG). To date, SSC has not propounded and/or responded to any discovery on this matter. The instant motion is the first and only substantive motion filed by SSC in this action.

3. On January 3, 2025, I met and conferred with Plaintiff's counsel, which included substantive discussions relating to SSC's contemplated motion to compel arbitration. However, the SSC and Plaintiff reached an impasse. Given Plaintiff's unwillingness to stipulate to arbitrate her claims, SSC had not alternative but to bring this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of March, 2025, at Aliso Viejo, California.

_____
Ahllam H. Berri

# CERTIFICATE OF SERVICE

## 24-cv-2037-L-AHG

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 6A Liberty Street, Suite 200, Aliso Viejo, CA 92656.

On March 12, 2025, I served the following document(s) described as **DECLARATION OF AHLLAM H. BERRI IN SUPPORT OF DEFENDANT SECURITYSCORECARD, INC.'S MOTION TO COMPEL ARBITRATION, STAY PROCEEDINGS PENDING THE MOTION, AND STAY PROCEEDINGS PENDING ARBITRATION** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 12, 2025, at Aliso Viejo, California.

Mai N. Nguyen

**CERTIFICATE OF SERVICE**
**Jennifer Crumley v. SecurityScorecard, Inc.**
**Case No. 3:24-cv-02037-L-AHG**

AARON M. OLSEN (259923)
ANNA C. SCHWARTZ (346268)
HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
225 Broadway, Suite 2050
San Diego, CA 92101
Tel: (619) 342-8000 / Fax: (619) 342-7878
Email: aarono@haelaw.com
       annas@haelaw.com
       jillk@haelaw.com
Attorneys for Plaintiff Jennifer Crumley

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

36732762.1:05394-0160                    -2-                    Case No. 24-cv-2037-L-AHG
DECLARATION OF AHLLAM H. BERRI IN SUPPORT OF DEFENDANT SECURITYSCORECARD, INC.'S MOTION TO COMPEL ARBITRATION, STAY PROCEEDINGS PENDING THE MOTION, AND STAY PROCEEDINGS PENDING ARBITRATION